IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN H. BOONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1746 (MN) |
| | ) | |
| CONNECTIONS COMMUNITY | ) | |
| SUPPORT PROGRAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM ORDER**

Plaintiff Kevin H. Boone is an inmate at the Howard R. Young Correctional Institution in Wilmington, Delaware. He filed a civil rights complaint in November 2018 and on April 25, 2019, the Court entered a service order. (D.I. 2, 10). On June 3, 2019, Plaintiff filed a petition for a writ of mandamus in this matter. (D.I. 12).

Plaintiff asks this Court to order Defendant to provide Plaintiff his medical records from November 30, 2017 to date. In essence, Plaintiff seeks discovery. Mandamus relief is not appropriate for several reasons. First, Defendant has yet to appear in this matter. Second, a scheduling and discovery order has not been entered. And third, should Plaintiff wish to obtain to discovery from Defendant, he shall abide by the Federal Rules of Civil Procedure to do so.

THEREFORE, IT IS HEREBY ORDERED this 10th day of June 2019 that:

Plaintiff's petition for a writ of mandamus (D.I. 12), construed as a discovery request, is DENIED as premature.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge